UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BLOUNT,<br><br>                       Plaintiff,<br><br>v.<br><br>HOST HEALTHCARE, INC.,<br><br>                       Defendant. | Case No.:  21-CV-310-MMA(WVG)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCES** |

On April 14, 2021 and May 18, 2021, the Court held settlement conferences in the above-captioned matter. The parties resolved this matter in its entirety. Having consulted the attorneys for the respective parties, and good cause appearing, **IT IS HEREBY ORDERED:**

1. Defendant shall provide a draft settlement agreement to Plaintiff on or before **May 28, 2021**.

2. Plaintiff shall review the settlement agreement and shall timely submit any changes to Defendant. In the event that a dispute arises regarding the terms of the settlement agreement, the parties shall meet and confer and shall promptly notify the Court of any dispute that they are not able to resolve themselves. The settlement agreement shall be executed on or before **June 11, 2021**.

3. Plaintiff shall prepare a motion for preliminary approval of class settlement and provide a draft to Defendant no later than **June 25, 2021**.

4. The motion for preliminary approval of class settlement shall be filed no later than **July 9, 2021**.

**IT IS SO ORDERED.**

DATED: May 20, 2021

_____
Hon. William V. Gallo
United States Magistrate Judge