# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BLOUNT, *as an individual and on behalf of all others similarly situated*,<br><br>                                             Plaintiff,<br><br>v.<br><br>HOST HEALTHCARE, INC.,<br><br>                                             Defendant. | Case No. 21-cv-310-MMA (WVG)<br><br>**ORDER GRANTING JOINT MOTION AND CONTINUING HEARING DATE**<br><br>[Doc. No. 24] |

Plaintiff Sarah Blount brings this putative class action against Host Healthcare, Inc. alleging, among other things, violations of the California Labor Code and the Private Attorney General Act. *See* Doc. No. 1. The parties resolved the matter and on July 30, 2021, the Court granted preliminary approval of the Class Action Settlement. *See* Doc. No. 23. Plaintiff has not yet filed a motion for final approval.

The parties now jointly ask the Court to: (1) approve the class administrator sending settlement notices to six newly-discovered putative class members; and (2) continue the hearing on Plaintiff's (currently unfiled) Motion For Final Approval of Class Action Settlement. Upon due consideration, good cause appearing, the Court **GRANTS** the motion and **ORDERS** as follows:

1. The Court **DIRECTS** the class administrator to send settlement notices (Exhibit A)

to the six newly-discovered putative class members;

2. The six newly-discovered putative class members are provided 45 days from mailing of the notices to object, opt-out, or submit a dispute as to their workweeks;

3. Plaintiff must file her Motion For Final Approval of Class Action Settlement on or before **December 9, 2021**;

4. The Court **CONTINUES** the hearing on Plaintiff's Motion For Final Approval of Class Action Settlement to **January 12, 2022** at **11:00 a.m.** in Courtroom 3D; and

5. The Court **DIRECTS** the class administrator to send notice to any objectors to the settlement informing them of the continued date.

**IT IS SO ORDERED**.

Dated:  September 29, 2021

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge