# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BLOUNT, *as an individual and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>HOST HEALTHCARE, INC.,<br><br>Defendant. | Case No.:  21-cv-310-MMA (WVG)<br><br>**NOTICE AND ORDER PROVIDING TENTATIVE RULINGS RE:**<br><br>**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; AND**<br><br>[Doc. No. 26]<br><br>**MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARD**<br><br>[Doc. No. 27] |

On January 12, 2022, the parties in this action will appear before the Court for a hearing on the Plaintiff's motion for final approval of class action settlement and motion for attorneys' fees, costs, and class representative service award.  *See* Doc. Nos. 26, 27. Having considered the parties' submissions, and in anticipation of the hearing, the Court issues the following tentative rulings on the pending motions:

    1.    The Court tentatively **GRANTS IN PART** and **DENIES IN PART** Plaintiff's motions.

2. The Court tentatively finds, for settlement purposes only, that the Settlement Class meets the requirements of Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure. Further, the Court tentatively finds that the proposed Settlement appears to be the product of serious, informed, arms-length negotiations, and that the settlement was entered into in good faith.

3. The Court tentatively finds the Class Representative Service Award of $10,000 to Plaintiff Sarah Blount reasonable.

4. Based upon the present record, the Court is unable to assess the reasonableness of Plaintiff's request for Settlement Administration Costs in the amount of $15,000. Plaintiff does not offer any evidence to support the figure and therefore the Court tentatively **DENIES** the motions in that respect.

5. Based upon the present record, the Court is unable to assess the reasonableness of Plaintiff's counsels' actual litigation costs in the amount of $6,421.50. In particular, Plaintiff does not offer any evidence explaining, or breaking down, the $4,790.25 requested for consulting fees to Berger Consulting Group. Accordingly, the Court tentatively **DENIES** the motions on that basis.

6. Based upon the present record, the Court is unable to assess the reasonableness of Plaintiff's counsels' fee award request. Plaintiff's counsel seek a 30% common fund award, but they have not submitted adequate billing records for the Court to perform a Lodestar cross-check. Accordingly, the Court tentatively **DENIES** the motions on that basis.

\* \* \*

Should Plaintiff wish to supplement her motions with additional evidence, including billing records, as well as documentation supporting the requested Settlement Administration Costs and consulting fees, she must do so on or before **January 7, 2022**.

The Court advises the parties that these rulings are tentative. The Court will entertain additional argument at the hearing on **Wednesday, January 12, 2022** at **11:00 a.m.** in **Courtroom 3D**.

**IT IS SO ORDERED.**

Dated: December 22, 2021

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge