

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarah Blount, as an individual and on behalf of all others similarly situated,<br><br>                                        **Plaintiff,**<br>                    V.<br><br>Host Healthcare, Inc. a Delaware corporation; Does 1-50 inclusive,<br><br>                                        **Defendant.** | Civil Action No. 21-cv-0310-MMA-WVG<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Plaintiff's motion for final approval of the class settlement and grants Plaintiff's motion for attorney's fees, costs, and an incentive award. The Court certifies the Settlement Class for the purposes of the Settlement. The Court approves the Settlement as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e). The Court orders the parties to undertake the obligations set forth in the Settlement Agreement that arise out of this Order. The Court awards attorneys' fees to Class Counsel in the amount of $465,000 and costs in the amount of $6,421.50. The Court further awards to Plaintiff an incentive payment for work performed as the class representative in the amount of $10,000.

| | |
|---|---|
| **Date:**         4/12/22 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  T. Ferris<br>                                          T. Ferris, Deputy |